IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01034-BNB

TIJUANAS PRODUCE, INC., a corporation,

Plaintiff,

v.

MI PUEBLO LATIN MARKET, INC., a corporation a/k/a Mi Pueblo Market,
JAIME A. CUEVA, an individual, and
DANEEN CUEVA,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Dismiss Without Prejudice** [Doc. # 24, filed 9/16/2014]. I held a hearing on the motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Dismiss Without Prejudice [Doc. # 24 is GRANTED, subject to the condition contained here, and this action is DISMISSED WITHOUT PREJUDICE.

(2) As a condition of the dismissal, plaintiff's counsel shall pay to the defendants the value of the 30 minutes of time expended by Mr. Padilla, at his ordinary hourly rate, to attend the scheduling conference on September 4, 2014. Payment shall be tendered no later than October 7, 2014.

Dated September 30, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge